UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BEACON NAVIGATION GMBH,<br><br>    Plaintiff,<br><br> v.<br><br>CHRYSLER GROUP LLC,<br><br>    Defendant. | Civil Action No.  2:13-cv-11378-PJD-MAR<br>Civil Action No.  2:13-cv-11380-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |
| BEACON NAVIGATION GMBH,<br><br>    Plaintiff,<br><br> v.<br><br>FORD MOTOR CO.,<br><br>    Defendant. | Civil Action No.  2:13-cv-11381-PJD-MAR<br>Civil Action No.  2:13-cv-11382-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |
| BEACON NAVIGATION GMBH,<br><br>    Plaintiff,<br><br> v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Civil Action No.  2:13-cv-11386-PJD-MAR<br>Civil Action No.  2:13-cv-11387-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |

| | |
|---|---|
| BEACON NAVIGATION GMBH, | Civil Action No.  2:13-cv-11405-PJD-MAR |
| Plaintiff, | Hon. Patrick J. Duggan |
| v. | Mag. Mark A. Randon |
| AUDI AG, AUDI OF AMERICA, INC., AND AUDI OF AMERICA LLC, | |
| Defendants. | |
| BEACON NAVIGATION GMBH, | Civil Action No.  2:13-cv-11407-PJD-MAR  Civil Action No.  2:13-cv-11410-PJD-MAR |
| Plaintiff, | Hon. Patrick J. Duggan |
| v. | Mag. Mark A. Randon |
| BAYERISCHE MOTOREN WERKE AG, BMW OF NORTH AMERICA, LLC, AND BMW MANUFACTURING CO., LLC, | |
| Defendants. | |
| BEACON NAVIGATION GMBH, | Civil Action No.  2:13-cv-11412-PJD-MAR  Civil Action No.  2:13-cv-11413-PJD-MAR |
| Plaintiff, | Hon. Patrick J. Duggan |
| v. | Mag. Mark A. Randon |
| HONDA MOTOR CO., LTD., HONDA NORTH AMERICA, INC., AMERICAN HONDA MOTOR CO., INC., HONDA MANUFACTURING OF ALABAMA, LLC, HONDA MANUFACTURING OF INDIANA, LLC, AND HONDA OF AMERICA MANUFACTURING, INC., | |
| Defendants. | |

| | |
|---|---|
| BEACON NAVIGATION GMBH,<br><br>                Plaintiff,<br><br>   v.<br><br>HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, AND HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,<br><br>                Defendants. | Civil Action No. 2:13-cv-11414-PJD-MAR<br>Civil Action No. 2:13-cv-11416-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |
| BEACON NAVIGATION GMBH,<br><br>                Plaintiff,<br><br>   v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, JAGUAR CARS LTD., AND LAND ROVER,<br><br>                Defendants. | Civil Action No. 2:13-cv-11422-PJD-MAR<br>Civil Action No. 2:13-cv-11424-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |
| BEACON NAVIGATION GMBH,<br><br>                Plaintiff,<br><br>   v.<br><br>KIA MOTORS CORPORATION, KIA MOTORS AMERICA, INC., AND KIA MOTORS MANUFACTURING GEORGIA, INC.,<br><br>                Defendants. | Civil Action No. 2:13-cv-11440-PJD-MAR<br>Civil Action No. 2:13-cv-11441-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |

| | |
|---|---|
| BEACON NAVIGATION GMBH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MAZDA MOTOR CORPORATION AND MAZDA MOTOR OF AMERICA, INC.,<br><br>　　　　　　Defendants. | Civil Action No.  2:13-cv-11444-PJD-MAR<br>Civil Action No.  2:13-cv-11448-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |
| BEACON NAVIGATION GMBH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAIMLER AG, DAIMLER NORTH AMERICA CORPORATION, MERCEDES-BENZ USA, LLC, AND MERCEDES-BENZ U.S. INTERNATIONAL, INC.,<br><br>　　　　　　Defendants. | Civil Action No.  2:13-cv-11452-PJD-MAR<br>Civil Action No.  2:13-cv-11455-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |
| BEACON NAVIGATION GMBH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NISSAN MOTOR CO., LTD. AND NISSAN NORTH AMERICA, INC.,<br><br>　　　　　　Defendants. | Civil Action No.  2:13-cv-11459-PJD-MAR<br>Civil Action No.  2:13-cv-11497-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |

| | |
|---|---|
| BEACON NAVIGATION GMBH,<br><br>               Plaintiff,<br><br>   v.<br><br>DR. ING. H.C. F. PORSCHE AG AND PORSCHE CARS NORTH AMERICA INC.,<br><br>               Defendants. | Civil Action No.  2:13-cv-11499-PJD-MAR<br>Civil Action No.  2:13-cv-11504-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |
| BEACON NAVIGATION GMBH,<br><br>               Plaintiff,<br><br>   v.<br><br>FUJI HEAVY INDUSTRIES LTD, FUJI HEAVY INDUSTRIES USA, INC., AND SUBARU OF AMERICA, INC.,<br><br>               Defendants. | Civil Action No.  2:13-cv-11507-PJD-MAR<br>Civil Action No.  2:13-cv-11508-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |
| BEACON NAVIGATION GMBH,<br><br>               Plaintiff,<br><br>   v.<br><br>TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR MANUFACTURING ALABAMA INC., TOYOTA MOTOR MANUFACTURING INDIANA INC., TOYOTA MOTOR | Civil Action No.  2:13-cv-11509-PJD-MAR<br>Civil Action No.  2:13-cv-11510-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |

| | |
|---|---|
| MANUFACTURING KENTUCKY INC., TOYOTA MOTOR MANUFACTURING MISSISSIPPI INC., TOYOTA MOTOR MANUFACTURING TEXAS INC., AND TOYOTA MOTOR MANUFACTURING WEST VIRGINIA INC.,<br><br>        Defendants. | |
| BEACON NAVIGATION GMBH,<br><br>        Plaintiff,<br><br>    v.<br><br>VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS LLC,<br><br>        Defendants. | Civil Action No.  2:13-cv-11512-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |
| BEACON NAVIGATION GMBH,<br><br>        Plaintiff,<br><br>    v.<br><br>VOLVO CAR CORPORATION AND VOLVO CARS OF NORTH AMERICA LLC,<br><br>        Defendants. | Civil Action No.  2:13-cv-11513-PJD-MAR<br>Civil Action No.  2:13-cv-11514-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |

| | |
|---|---|
| BEACON NAVIGATION GMBH,<br><br>                    Plaintiff,<br><br>     v.<br><br>SUZUKI MOTOR CORPORATION AND AMERICAN SUZUKI MOTOR CORPORATION,<br><br>                    Defendants. | Civil Action No.  2:13-cv-11516-PJD-MAR<br>Civil Action No.  2:13-cv-11517-PJD-MAR<br><br>Hon. Patrick J. Duggan<br>Mag. Mark A. Randon |

## STIPULATION AND [PROPOSED] ORDER STAYING THE CASES PURSUANT TO COURT'S AUGUST 12, 2013 ORDER IN CASES NO. 13-CV-11389 AND 13-CV-11511 PENDING REEXAMINATION AND INTER PARTES REVIEW OF THE ASSERTED PATENTS

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto through their respective attorneys of record, subject to the Court's approval, to stay the above captioned cases pursuant to this Court's Aug. 12, 2013 order in case numbers 13-cv-11389 and 13-cv-11511.

Dated:  September 17, 2013          Respectfully submitted,


                                    */s/ Kevin C. Jones*

                                    Kevin C. Jones
                                    Michael C. Ting
                                    TECHKNOWLEDGE LAW GROUP LLP
                                    1521 Diamond Street
                                    San Francisco, CA  94131
                                    (650) 867-7776
                                    *kjones@techknowledgelaw.com*
                                    *mting@techknowledgelaw.com*

*Attorneys for Plaintiff*
*BEACON NAVIGATION GMBH*


/s/ *Frank C. Cimino, Jr.*
Kimberly R. Parke
Frank C. Cimino, Jr.
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, D.C. 20006
202-420-2200
*ParkeK@dicksteinshapiro.com*
*CiminoF@dicksteinshapiro.com*

*Attorneys for Defendant*
*CHRYSLER GROUP LLC*


/s/ *Tom W. Cunningham*
Thomas A. Lewry
John S. LeRoy
Amy C. Leshan
BROOKS KUSHMAN, P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
(248) 358-4400
*tlewry@brookskushman.com*
*jleroy@brookskushman.com*
*aleshan@brookskushman.com*

*Attorneys for Defendant*
*FORD MOTOR CO.*


/s/ *Matthew D. Satchwell*
Paul R. Steadman
Matthew D. Satchwell
DLA PIPER LLP (US)
203 N. LaSalle St., Suite 1900
Chicago, IL 60601
312.368.4000
*paul.steadman@dlapiper.com*

*matthew.satchwell@dlapiper.com*

*Attorneys for Defendants*
GENERAL MOTORS LLC, JAGUAR CARS LIMITED, JAGUAR LAND ROVER NORTH AMERICA, LLC, LAND ROVER, MAZDA MOTOR CORPORATION, MAZDA MOTOR OF AMERICA, INC., FUJI HEAVY INDUSTRIES, LTD., FUJI HEAVY INDUSTRIES USA INC., SUBARU OF AMERICA INC., TOYOTA MOTOR CORPORATION, TOYOTA MOTOR NORTH AMERICA, INC., TOYOTA MOTOR SALES U.S.A., INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA INC., TOYOTA MOTOR MANUFACTURING ALABAMA INC., TOYOTA MOTOR MANUFACTURING INDIANA INC., TOYOTA MOTOR MANUFACTURING KENTUCKY INC., TOYOTA MOTOR MANUFACTURING MISSISSIPPI INC., TOYOTA MOTOR MANUFACTURING TEXAS INC., TOYOTA MOTOR MANUFACTURING WEST VIRGINIA INC., VOLVO CAR CORPORATION AND VOLVO CARS OF NORTH AMERICA LLC


/s/ Susan A. Smith
Michael J. Lennon
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
 (212) 425-7200
*mlennon@kenyon.com*

Susan A. Smith
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257

(202) 220-4200
*ssmith@kenyon.com*
*Attorneys for Defendants*
*AUDI AG, AUDI OF AMERICA, INC., AUDI OF AMERICA, LLC, VOLKSWAGEN AG, VOLKSWAGEN GROUP OF AMERICA, INC., AND VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC*


/s/ *R. Benjamin Cassady*
Lionel M. Lavenue
FINNEGAN, HENDERSON, FARABOW, GARRET & DUNNER, LLP
Two Freedom Square
11955 Freedom Dr.
Reston, Virginia 20190
(571) 203-2700
*lionel.lavenue@finnegan.com*

R. Benjamin Cassady
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, D.C.
(202) 408-4000
*ben.cassidy@finnegan.com*

*Attorneys for Defendants*
*BAYERISCHE MOTOREN WERKE AG, BMW OF NORTH AMERICA, LLC, AND BMW MANUFACTURING CO., LLC*


/s/ *John T. Johnson*
John T. Johnson
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022
(212) 765-5070
*jjohnson@fr.com*

*Attorneys for Defendants*
*HONDA MOTOR CO., LTD., HONDA NORTH AMERICA, INC., AMERICAN HONDA MOTOR CO., INC., HONDA MANUFACTURING OF ALABAMA, LLC, HONDA MANUFACTURING OF ALABAMA, LLC, HONDA MANUFACTURING OF INDIANA, LLC, AND HONDA OF AMERICAN MFG., INC.*


/s/ *Paul D. Lall*
Paul D. Lall
William J. Barrow
STEPTOE & JOHNSON LLP
1330 Connecticut Ave, NW
Washington, DC 20036
202-429-3000
*plall@steptoe.com*
*wbarrow@steptoe.com*

*Attorneys for Defendants*
*HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, AND HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, KIA MOTORS AMERICA, INC., KIA MOTORS CORP., KIA MOTORS MANUFACTURING GEORGIA, INC.*


/s/ *Celine J. Crowson*
Raymond A. Kurz
Celine Jimenez Crowson
Robert J. Weinschenk
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
*raymond.kurz@hoganlovells.com*
*celine.crowson@hoganlovells.com*
*robert.weinschenk@hoganlovells.com*
(202)637-5600

*Attorneys for Defendants*
*DAIMLER AG, DAIMLER NORTH AMERICA CORPORATION, MERCEDES-BENZ USA, LLC AND MERCEDES-BENZ U.S. INTERNATIONAL, INC.*


/s/ *Robert S. Hill*
Robert S. Hill
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, Tenth Floor
Los Angeles, CA 90017
(213) 443-3000
*roberthill@quinnemanuel.com*

Wayne Taichi Alexander
Ryan S. Goldstein
QUINN EMANUEL URQUHART & SULLIVAN LLP
NBF Hibiya Bldg., 25F
1-1-7 Uchisaiwaicho, Chiyoda-ku
Tokyo 100-0011 Japan
+81 3 5510 1720

*Attorneys for Defendants*
*NISSAN MOTOR CO., LTD. AND NISSAN NORTH AMERICA, INC.*


/s/ *Eugene LeDonne*
Edgar H. Haug
Eugene LeDonne
FROMMER, LAWRENCE & HAUG
745 Fifth Avenue
New York, NY 10151
(212) 588-0800
*ehaug@flhlaw.com*
*eledonne@flhlaw.com*

Christopher Gosselin

FROMMER, LAWRENCE & HAUG
1667 K Street NW
Washington, DC 20006
(202) 212-1530
*cgosselin@flhlaw.com*

*Attorneys for Defendants*
*DR. ING. H.C. F. PORSCHE AG AND*
*PORSCHE CARS NORTH AMERICA, INC.*


/s/ *Zhuanjia Gu*
Karen Boyd
Zhuanjia Gu
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
*boyd@turnerboyd.com*
*gu@turnerboyd.com*
(650) 521-5930

*Attorneys for Defendant*
*SUZUKI MOTOR CORPORATION AND*
*AMERICAN SUZUKI MOTOR*
*CORPORATION*


**SO ORDERED** this 17th day of September 2013.


s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: September 17, 2013
I hereby certify that a copy of the foregoing document was served upon counsel of record on Tuesday, September 17, 2013, by electronic and or ordinary mail.

s/Marilyn Orem
Case Manager